AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 23cv10817

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>CITY OF CHICAGO DEPARTMENT OF LAW FEDERAL CIVIL RIGHTS LITIGATION DIVISION</u> was received by me on *(date)* <u>3/14/2024</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Antoinette Pacheco</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>CITY OF CHICAGO DEPARTMENT OF LAW FEDERAL CIVIL RIGHTS LITIGATION DIVISION</u> on *(date)* <u>Thu, Mar 21 2024</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>0</u>.

I declare under penalty of perjury that this information is true.

Date: 3/21/2024

*Server's signature*

Mark Zuganelis PERC 129-227550 Process Server

*Printed name and title*

2314 S Route 59 #204, Plainfield, IL 60586

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Mar 21, 2024, 1:01 pm CDT at City Of Chicago Clerk's Office: 121 N La Salle Street Ste 107, Chicago , IL 60602 received by Antoinette Pacheco. Age: 50; Ethnicity: Caucasian; Gender: Female; Weight: 140; Height: 5'6"; Hair: Black; Relationship: Authorized agent ;