UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MALIQUE CLARK, ) | |
|     Plaintiff, ) | Case Number: 23 cv 10817 |
| Vs. ) | |
| ) | Judge: Jeremy C. Daniel |
| ) | |
| THOMAS J. DART, ) | |
| COOK COUNTY SHERIFF, ) | |
| RICHARD SMITH, UNKOWN FIRST ) | Magistrate Judge: David Weisman |
| NAME, OFFICER WILLIAMS, UNKOWN ) | |
| CERMAK EMPOYEES, and ) | |
| COOK COUNTY ILLINOIS, ) | |
|     Defendants. ) | |

## MOTION FOR ENTRY OF DEFAULT

Plaintiff, Malique Clark, requests that the clerk of the court enter default against defendant Thomas J. Dart et. al. pursuant to Federal rule of civil Procedure 55 (a). In support of this request, Plaintiff relies upon the record in this case and the Affidavit submitted herein.

**(Exhibit A)**

Dated this 23rd day of May, 2024.

ss:/ *Michelle Gonzalez*
_____
Attorney for Plaintiff

Michelle Gonzalez
#6291582
105 Canterbury Lane, 940
Bolingbrook, IL 60440
(312) 504-7796
F (312) 268-5038
Michelle.gonz.esq@gmail.com