UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MALIQUE CLARK,<br>          Plaintiff,<br>Vs.<br><br>THOMAS J. DART,<br>COOK COUNTY SHERIFF,<br>RICHARD SMITH, UNKOWN FIRST NAME, OFFICER WILLIAMS, UNKOWN CERMAK EMPOYEES, and<br>COOK COUNTY ILLINOIS,<br>          Defendants. | Case Number: 23 cv 10817<br><br>Judge: Jeremy C. Daniel<br><br>Magistrate Judge: David Weisman |

## CERTIFICATE OF SERVICE

I, Michelle Gonzalez, hereby certify that I am employed by, Malique Clark, and am such age and discretion as to be competent to serve papers.

I further certify that on this date, I caused a copy of the Motion for Entry of default, affidavit in support of the Motion for entry of Default, and Proposed entry of Default to be placed in a postage-paid envelope addressed to the defendant, at the address stated below, which is the last known address of the defendant, and deposited the envelope in the United States mail.

**Addressee:** Antoniette Pacheco, designated by law to accept service on behalf of City of Chicago, Department of Law, Federal civil Rights Litigation Division, 30 N. LaSalle Street, Suite 900, Chicago, IL 60602.

Dated this 23rd day of May, 2024.

Ss:/*Michelle Gonzalez*
_____
Attorney for Plaintiff